

# UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Date: 12/21/2023  Case Number: 23-cv-15288

Case Title: Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships

Judge: Shah

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

☐ Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

☐ Too voluminous.

☐ Photographs

☑ Civil bond (A court order is required to view a financial document.)

☐ Criminal bond (A court order is required to view a financial document.)

☐ Miscellaneous (MC) case

☐ Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ Paula Harrison
     Deputy Clerk

Rev. 11/29/2016