**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EMOJI COMPANY GmbH, | |
| Plaintiff, | |
| v. | Case No. 23-cv-15288 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | Judge Manish S. Shah |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION NUNC PRO TUNC

Plaintiff EMOJI COMPANY GmbH hereby moves this Honorable Court for entry of a

Preliminary Injunction nunc pro tunc. The scope of the Preliminary Injunction is substantially

identical to the Temporary Restraining Order entered on December 12, 2023. [Dkt. Nos. 16, 17]

In support of its Motion, Plaintiff files the accompanying Memorandum of Law, and Declaration

of Michael A. Hierl.

Respectfully submitted,

Dated: January 8, 2024

By:     s/Michael A. Hierl                          _
           Michael A. Hierl (Bar No. 3128021)
           William B. Kalbac (Bar No. 6301771)
           Robert P. McMurray (Bar No. 6324332)
           Hughes Socol Piers Resnick & Dym, Ltd.
           Three First National Plaza
           70 W. Madison Street, Suite 4000
           Chicago, Illinois 60602
           (312) 580-0100 Telephone
           mhierl@hsplegal.com
           wkalbac@hsplegal.com
           rmcmurray@hsplegal.com
           Attorneys for Plaintiff
           EMOJI COMPANY GmbH

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on January 8, 2024.

/s/ *Michael A. Hierl*