**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

| | |
|---|---|
| Emoji Company GmbH | |
| | Plaintiff, |
| v. | Case No.: 1:23−cv−15288 |
| | Honorable Manish S. Shah |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al. | |
| | Defendant. |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 11, 2024:

    MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The motion for preliminary injunction [20] is terminated as moot. All of plaintiff's claims having been resolved [25], this case is dismissed. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.